THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELIZABETH M. McDONNELL, Appellant, *v.* WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, et al., Respondents.

*People ex rel. McDonnell* v. *Prendergast*, 167 App. Div. 140, affirmed.
(Argued January 3, 1916; decided January 18, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 23, 1915, which reversed an order of Special Term

granting a motion for a peremptory writ of mandamus to compel the defendants to pay the relator's salary as stenographer in the office of the public administrator of the county of Bronx for the month of November, 1914. Defendants contended that the law does not provide for the appointment of a clerical staff in the office of public administrator of Bronx county and that the appointment of the relator was, therefore, void.

*Ernest E. L. Hammer, Joseph H. Fargis* and *Francis X. Goette* for appellant.

*Lamar Hardy, Corporation Counsel (Terence Farley* and *Charles J. Nehrbas* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ